Counseling and Advising Clients Exclusively on Laws of the Workplace

**Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Zabell & Associates, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

**Saul D. Zabell**
Email: SZabell@laborlawsny.com

August 1, 2018

<u>*VIA* ELECTRONIC CASE FILING</u>

The Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: Piccolo v. Top Shelf Provisions, et al.
      <u>16-CV-06930 (GRB)</u>

Your Honor:

  This firm is counsel to Louis Piccolo, Plaintiff, and John Sudlow, Opt-In Plaintiff, in the above-referenced action. We write in connection with Defendants' Response to Plaintiff's Motion for Sanctions. [Dkt Nos. 94 and 97]. Without addressing any factual allegations contained therein, we note that Plaintiff's motion is a motion for sanctions and is therefore not subject to Local Civil Rule 37.3(a). Additionally, we call to the Court's attention that the content of our motion is less than three (3) pages and we utilize a fourth page for a signature block.

  We thank the Court for its time and consideration of our underlying application.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Saul D. Zabell

cc: Client
  Joseph M. Labuda, Esq.; Brett W. Joseph, Esq. (*via* Electronic Case Filing)