Counseling and Advising Clients Exclusively on Laws of the Workplace

**ZA Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Zabell & Associates, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.Laborlawsny.com

**Saul D. Zabell**
Email: SZabell@laborlawsny.com

August 7, 2018

<u>*VIA* ELECTRONIC CASE FILING</u>

The Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    <u>Piccolo v. Top Shelf Provisions, et al.
            16-CV-06930 (GRB)</u>

Your Honor:

      This firm is counsel to Louis Piccolo, Plaintiff, and John Sudlow, Opt-In Plaintiff, ("Plaintiffs"), in the above-referenced action. I write in response to Your Honor's Order of August 6, 2018.

      Please be advised that at the time of this submission, I have issued a check to Mr. Labuda in the amount of $1,000.00 which is to be mailed to his office address this afternoon. A copy of the check is attached hereto as Exhibit 1.

      Additionally, I made two (2) charitable donations each in the amount of $500.00 to "Inclusive Sports and Fitness" and "The Safe Centre Long Island." A copy of each check is collectively attached hereto as Exhibit 2. Inclusive Sports and Fitness, Inc. is a 501(3)(c) nonprofit organization that provides health promotion and wellness activities, sports instruction and physical fitness training activities for children with physical and mental development disabilities. (*See* Exhibit 3). The Safe Centre Long Island, Inc. is a nonprofit corporation whose mission statement is "to protect, assist and empower victims of family violence and sexual assault while challenging and changing social systems that tolerate and perpetuate abuse. (*See* Exhibit 4).


Zabell & Associates, P.C.
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

August 7, 2018
Page 2 of 2

  Finally, on August 7, 2018, I met and conferred with Mr. Labuda regarding the continued deposition of Defendant Anthony Cicciari. Pending the available of Mr. Cicciari, the deposition will continue on August 21, 2018 at 10:00 or a mutually agreeable date and time thereafter.

  We thank the Court for its time and consideration of this submission and remain available should Your Honor require any additional information.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Saul D. Zabell

cc: Client
  Joseph M. Labuda, Esq.; Brett W. Joseph, Esq. (*via* Electronic Case Filing)