
Anthony Cicciari

```
1    UNITED STATES DISTRICT COURT
2    EASTERN DISTRICT OF NEW YORK
3    - - - - - - - - - - - - - - - - - - - - - - - - - x
4    LOUIS PICCOLO, individually and on behalf of
     those individuals similarly situated,
5
                Plaintiff,
6                                        INDEX #
                    -against-     16-CV-06930
7                                        (GRB)
     TOP SHELF PROVISIONS CO. INC., RICH
8    DAHLEM and ANTHONY CICCIARI,
9               Defendants.
10   - - - - - - - - - - - - - - - - - - - - - - - - - x
11                  1 Corporate Drive
                    Bohemia, New York
12
                    July 25, 2018
13                  10:03 a.m.
14
15          EXAMINATION BEFORE TRIAL of ANTHONY
16   CICCIARI, the Defendant herein, taken by the
17   Plaintiff pursuant to Notice and Order, held at
18   the above-mentioned time and place, before a
19   Notary Public of the State of New York.
20
21
22
23
24
```

```
 1    A P P E A R A N C E S:
 2
 3        ZABELL & ASSOCIATES, PC
              Attorneys for Plaintiff
 4            1 Corporate Drive, Suite 103
              Bohemia, New York 11716
 5
          BY:  SAUL D. ZABELL, ESQ.
 6             Email: SZabell@laborlawsny.com
 7
 8        MILMAN LaBUDA LAW GROUP PLLC
              Attorneys for Defendants
 9            3000 Marcus Avenue, Suite 3W8
              Lake Success, New York 11042
10
          BY:  JOSEPH M. LaBUDA, ESQ.
11             Email: joelabuda@mllaborlaw.com
12
13
14    ALSO PRESENT:
15        LOUIS PICCOLO
16
17
18
19
20
21
22
23
24
```

```
 1                    JUDGE'S EXCERPT

 2


 3          MR. ZABELL:  Good morning, Judge

 4     Brown.

 5          JUDGE BROWN:  Good morning.  Who is

 6     this?

 7          MR. ZABELL:  Saul Zabell.

 8          JUDGE BROWN:  Am I on speakerphone?

 9     Can the court reporter hear me?

10          MR. ZABELL:  Barely, but we are

11     working on it, Judge.

12          JUDGE BROWN:  I will get a little

13     closer.  How is that?

14          MR. ZABELL:  Very good.

15          JUDGE BROWN:  So I'm going to

16     instruct the reporter to take down

17     this portion of the proceedings and

18     file it when it is produced as a

19     separate portion of the transcript.

20     That will be a ruling of the court.

21          Go ahead, who would like to lead

22     off?

23          MR. ZABELL:  I would like to lead

24     off because I made the call.
```

| | |
|---|---|
| 1 | MR. LaBUDA: Good morning, your |
| 2 | Honor. I just want to note for the |
| 3 | record that you have Joseph LaBuda, |
| 4 | you have the deponent, Anthony |
| 5 | Cicciari, in the room along with Louis |
| 6 | Piccolo who is the plaintiff. |
| 7 | JUDGE BROWN: Okay, good. |
| 8 | MR. ZABELL: Judge, at this point, |
| 9 | I'm going to ask that my application |
| 10 | be heard outside of the presence of |
| 11 | the deponent, Mr. Cicciari, as it |
| 12 | reflects -- |
| 13 | MR. LaBUDA: Cicciari. |
| 14 | MR. ZABELL: -- as it reflects some |
| 15 | confidential information and an |
| 16 | indication of the line of questioning |
| 17 | that I plan on going down. |
| 18 | JUDGE BROWN: Any objection? |
| 19 | MR. LaBUDA: Yes. I think he |
| 20 | should be present. He has been asked |
| 21 | plenty of these questions before so I |
| 22 | think he should be present. |
| 23 | JUDGE BROWN: I don't expect you |
| 24 | two to agree about anything because of |

| | |
|---|---|
| 1 | what I know so far.  The witness can |
| 2 | stay but if we get to a point where |
| 3 | there is confidential information |
| 4 | involved, I will excuse the witness. |
| 5 |     MR. ZABELL:  We are about a half |
| 6 | dozen questions in and I asked Mr. |
| 7 | Cicciari about how much he earned at |
| 8 | Top Shelf. |
| 9 |     JUDGE BROWN:  Okay, hold on.  Why |
| 10 | can't he answer that question? |
| 11 |     MR. LaBUDA:  It is harassing, Your |
| 12 | Honor. |
| 13 |     JUDGE BROWN:  No, it's not.  He |
| 14 | answers the question. |
| 15 |     Next. |
| 16 |     MR. LaBUDA:  On top of that -- |
| 17 |     JUDGE BROWN:  No on top that.  We |
| 18 | are not going to keep arguing.  I |
| 19 | ruled. |
| 20 |     Next. |
| 21 |     MR. ZABELL:  Then I asked Mr. |
| 22 | Cicciari if he was instructed on how |
| 23 | to answer any questions at this |
| 24 | proceeding. |

```
 1            JUDGE BROWN:  That question can be
 2       answered yes or no.
 3            What is next?
 4            MR. ZABELL:  Mr. LaBuda doesn't
 5       seem to recall the rulings Your Honor
 6       made at Rich Dahlem's deposition.
 7            JUDGE BROWN:  Do me a favor, don't.
 8       Let's not --
 9            MR. ZABELL:  Okay.
10            JUDGE BROWN:  -- spin it.  Just
11       tell me what the questions are.
12            All right, go ahead.
13            MR. ZABELL:  So Mr. LaBuda
14       continues to make inappropriate
15       objections to the questions I'm
16       asking, objections such as leading,
17       assumes facts not in evidence,
18       ambiguous.
19            MR. LaBUDA:  Judge, we went through
20       this last time.  He wouldn't utilize
21       the federal stips and I'm doing as the
22       court instructed which is making my
23       objections as short and concise as
24       possible, but he refuses as he did
```

```
 1      yesterday when he was calling me a
 2      moron and telling me to shut up, he
 3      says he is not going to use the
 4      federal stips so I'm put in a position
 5      of having to make the objections.
 6           JUDGE BROWN:  If you have not
 7      stipulated to reserving the
 8      objections, you're forcing him to make
 9      the objection.
10           MR. LaBUDA:  We went through this
11      last time.
12           MR. ZABELL:  Judge, I'm quoting
13      from a wise man named Judge Brown when
14      I say:  Are you agreeing that all
15      objections other than those as to form
16      are reserved for the time of trial.
17      Do you agree with that?  Yes, Judge
18      Brown, that's agreed.
19           JUDGE BROWN:  Are you agreeing to
20      that here?
21           MR. LaBUDA:  Yes.  He didn't say
22      that, Judge.
23           MR. ZABELL:  That's how we agreed
24      at the time of Mr. Dahlem's hearing to
```

```
 1        proceed with all depositions.
 2            MR. LaBUDA:  This is a different
 3        deposition.
 4            JUDGE BROWN:  Are we agreeing to
 5        that for all depositions going
 6        forward?  Good?
 7            MR. LaBUDA:  Yes, that's fine.
 8            JUDGE BROWN:  With that agreement
 9        in place, I am now ruling that for all
10        future depositions, the appropriate
11        objection is objection to form and
12        then let the witness answer.
13            MR. LaBUDA:  That's fine.  Thank
14        you, Judge.
15            MR. ZABELL:  Judge, as was
16        addressed at Mr. Dahlem's deposition,
17        there was an issue about phone usage
18        during the deposition.  You indicated
19        that phones should be off during the
20        deposition.  Mr. LaBuda can be given
21        -- I told him he would be given time
22        to check his messages during breaks.
23        He is refusing to shut it off and he's
24        instructing the deponent not to,
```

| | |
|---|---|
| 1 | although I believe Mr. Cicciari has |
| 2 | turned his off but Mr. LaBuda has not |
| 3 | turned it off.  I'm just asking that |
| 4 | the phones be off. |
| 5 |     JUDGE BROWN:  Mr. LaBuda, any |
| 6 | objection? |
| 7 |     MR. LaBUDA:  Your Honor, I would |
| 8 | like to be able to check my e-mails. |
| 9 | There are times that Mr. Zabell is |
| 10 | asking the same questions like ten |
| 11 | times so -- |
| 12 |     JUDGE BROWN:  Do it during the |
| 13 | breaks.  How is that? |
| 14 |     MR. LaBUDA:  That's fine.  It just |
| 15 | may cause more delays but that's fine. |
| 16 |     JUDGE BROWN:  No, it doesn't.  You |
| 17 | only use your phone for other business |
| 18 | during the breaks. |
| 19 |     MR. LaBUDA:  That's what I am |
| 20 | saying but I agreed to periodically |
| 21 | check my e-mails.  There's other cases |
| 22 | that have time issues. |
| 23 |     JUDGE BROWN:  The periods are the |
| 24 | breaks. |

1      Go ahead.
2         MR. ZABELL:  We are just here for a
3      very short period of time so that
4      concludes my issues, Judge.
5         MR. LaBUDA:  Your Honor, there's
6      just a couple of things I would like
7      to raise.  I know there were some
8      issues raised by Mr. Zabell at the
9      court conference.  We started out
10     yesterday's deposition with Mr. Zabell
11     calling me a moron approximately five
12     times, and when I objected and told
13     him that that was not appropriate, he
14     told me to shut up a few times.  I
15     really don't think, Your Honor, that
16     that is appropriate.  I think Mr.
17     Zabell should be instructed so I don't
18     have to put up with this.
19        As I was telling Mr. Zabell, I'm
20     fifty years old, I have been in the
21     Bar for twenty-five years, I have
22     never been confronted with an
23     individual in the Bar or otherwise who
24     acts like Mr. Zabell.  So I would just

```
 1         say that he should be reprimanded,
 2         told to stop the name calling, and,
 3         Your Honor, again, I don't have to put
 4         up with it.  And if he continues, I
 5         will stop the deposition because I
 6         think it is harassing, quite frankly.
 7              Your Honor, you should know this,
 8         with Mr. Zabell yelling at the witness
 9         yesterday, Mr. Dahlem had to go to the
10         hospital.  We will be submitting that
11         to the court.  He has requested that
12         he not be deposed any further because
13         he was subjected to what may be a mild
14         heart attack because of Mr. Zabell's
15         antics, and he had to seek medical
16         treatment at Stony Brook Hospital
17         because of how Mr. Zabell was acting.
18              So I would just, you know, again, I
19         know that Mr. Zabell has been
20         reprimanded numerous times by courts
21         including Judge Tomlinson (phonetic)
22         on multiple occasions, you know, and
23         --
24              JUDGE BROWN:  Just stop.  You put a
```

```
 1        lot on the table.  If I take the time
 2        to respond, we will be here all day.
 3            MR. LaBUDA:  Okay.  I just want
 4        some level of decorum.
 5            JUDGE BROWN:  Did the word moron
 6        cross your lips during the deposition?
 7            MR. ZABELL:  Not during the
 8        deposition.
 9            MR. LaBUDA:  I will be more than
10        happy to provide the record when we
11        get it.  I'm pretty sure it was on the
12        record, Judge, and if it wasn't on the
13        record, Mr. Zabell, I don't think you
14        would deny calling me a moron.
15            MR. ZABELL:  I told you to stop
16        acting like a moron, yes.
17            JUDGE BROWN:  Let's do this
18        because, Mr. Zabell, I have had cases
19        with you in the past where we have had
20        to act where all the attorneys
21        involved were acting like school
22        children.  We are not going to act
23        like school children.  I don't want to
24        hear about any name calling or yelling
```

| | |
|---|---|
| 1 | or any of that, and if I have to visit |
| 2 | the issue again, there will be |
| 3 | consequences for everybody.  Are we |
| 4 | clear? |
| 5 | MR. ZABELL:  Judge, I understand |
| 6 | that and I understand that ruling and |
| 7 | I will keep this as brief as possible. |
| 8 | I disagree with all of the |
| 9 | characterizations Mr. LaBuda has made. |
| 10 | I kept quiet because I was courteous |
| 11 | enough not to speak or speak over him. |
| 12 | I disagree with his contentions and he |
| 13 | is simply trying to line things up and |
| 14 | he is being dishonest in doing it by |
| 15 | painting me or my actions in a manner |
| 16 | that are inconsistent with reality. |
| 17 | JUDGE BROWN:  Mr. Zabell, rewind |
| 18 | for one minute.  Did you tell him to |
| 19 | stop acting like a moron, quote, |
| 20 | unquote, more or less? |
| 21 | MR. ZABELL:  Not more or less. |
| 22 | Yes, absolutely, but not on the |
| 23 | record. |
| 24 | JUDGE BROWN:  There is no place for |

```
 1        that.  Act professionally.  Let's get
 2        through this and let's get it over
 3        with.  I would like to see the end of
 4        this case one day.
 5             MR. LaBUDA:  Yes, your Honor.
 6             There is one thing along those same
 7        lines.  Mr. Zabell during the
 8        deposition was making colloquy that
 9        was directed at me and the witness,
10        Mr. Dahlem.  The specific one that I
11        remember was basically threatening
12        that this case is going to continue
13        on, he is going to get his fees.  I'm
14        going to be making motions, and he is
15        basically threatening the client with
16        legal extortion which, quite frankly,
17        has no place whatsoever in here.  But
18        when he is directing the comments at
19        the witness who is one of the
20        defendants, it's really inappropriate.
21        He is here to take a deposition, he
22        can ask questions but I would ask that
23        any colloquy like that or any comments
24        just stop because, again, it's not
```

```
 1            appropriate.
 2                I know what he's trying to do.
 3            He's trying to bully and intimidate
 4            the witness but he is really -- he is
 5            speaking to the witness and my client
 6            which I don't appreciate and I don't
 7            think is countenanced under the Rules
 8            of Professional Conduct.
 9                JUDGE BROWN:  I can't possibly
10            respond to such a general issue.  I
11            mean, Mr. Zabell well knows if he is
12            getting out of line and it's on the
13            record, you will send it to me and I
14            will deal with it.  I can't
15            acknowledge that right now.  When the
16            thing is done and you have the record,
17            send me the excerpts, just the
18            excerpts.  I don't want
19            characterizations.
20                MR. LaBUDA:  That's fine.
21                JUDGE BROWN:  And I will deal with
22            it then.
23                MR. LaBUDA:  Thank you, your Honor.
24                JUDGE BROWN:  Good luck.
```

Anthony Cicciari

1              MR. LaBUDA:  We need it.  Thank
2       you.
3              MR. ZABELL:  Thank you, Judge.
4                        -o0o-
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Anthony Cicciari

```
 1                   I N D E X
 2   WITNESS       EXAMINATION BY  PAGE
 3   Anthony Cicciari   Mr. Zabell    3
 4
 5              EXHIBITS
 6   EXHIBIT                   PAGE
 7    23   Defendant's Response to Plaintiff's
          First Set of Interrogatories to
 8        Anthony Cicciari                    69
 9    24   Defendant's Response to Plaintiff
          John Sudlow's First Set of
10        Interrogatories to Anthony
          Cicciari                            71
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                C E R T I F I C A T E
 2
 3        I, PATRICIA BORMANN, a shorthand reporter
 4   and Notary Public within and for the State of
 5   New York, do hereby certify:
 6        That the witness whose testimony is
 7   hereinbefore set forth was duly sworn by me,
 8   and the foregoing transcript is a true record
 9   of the testimony given by such witness.
10        I further certify that I am not related to
11   any of the parties to this action by blood or
12   marriage, and that I am in no way interested in
13   the outcome of this matter.
14
15
16
17              PATRICIA BORMANN
18
19
20
21
22
23
24
```