Counseling and Advising Clients Exclusively on Laws of the Workplace

**Zabell & Associates, P.C.**

EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Zabell & Associates, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel. 631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

**Saul D. Zabell**
Email: SZabell@laborlawsny.com

October 31, 2018

**_VIA_ ELECTRONIC CASE FILING**

The Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

           Re:    Piccolo v. Top Shelf Provisions, et al.
                  16-CV-06930 (GRB)

Your Honor:

      This firm is counsel to Louis Piccolo, Plaintiff, and John Sudlow, Opt-In Plaintiff, in the above-referenced action. I write to withdraw Plaintiffs' demand for a trial by Jury.

      Counsel remains available should Your Honor require additional information in connection with this submission.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Saul D. Zabell

cc:    Client
        Joseph M. Labuda, Esq.; Brett W. Joseph, Esq. (_via_ Electronic Case Filing)