# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of September, two thousand twenty.

_____

Louis Piccolo, individually and on behalf of those individuals similarly situated,

    Plaintiff - Appellee,

v.

Top Shelf Provisions Co. Inc., Rich Dalhem, Anthony Cicciari,

    Defendants - Appellants.
_____

**STATEMENT OF COSTS**

Docket No. 19-2825

    IT IS HEREBY ORDERED that costs are taxed in the amount of $141.60 in favor of the Appellee.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/25/2020