**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUIS PICCOLO, individually and on behalf of those individuals similarly situated,<br><br>                        **Plaintiff**,<br><br>- against -<br><br>TOP SHELF PROVISIONS CO. INC., RICH DAHLEM and ANTHONY CICCIARI,<br><br>                        **Defendants.** | Case No.: 16-CV-06930 (GRB)<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 28th day of May, 2021 in favor of Louis Piccolo and John Sudlow (collectively "Plaintiffs"), and against Top Shelf Provisions Co., Inc., Rich Dahlem, and Anthony Cicciari (collectively "Defendants") in the amount of $71,600.00, which judgment was duly docketed and entered in the office of the Clerk of the Court for the United States District Court for the Eastern District of New York, and whereas said judgment has been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Bohemia, New York
       September 10, 2021

ZABELL & COLLOTTA, P.C.

_____
Saul Zabell, Esq.
One Corporate Drive, Suite 103
Bohemia, New York 11716
(631) 589-7242

*Attorneys for Plaintiff*

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF SUFFOLK    )

On the 10th day of September, 2021 before me personally came Saul Zabell, Esq. to me known and known to be a member of the firm of Zabell & Collotta, P.C., attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public